IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

K.H., Individually and As
Parent of M.H., A Minor,

        Plaintiff,

v.                              1:20-cv-02215-JRS-MJD

BROWNSBURG COMMUNITY SCHOOL CORP.,

        Defendant.

## ORDER OF DISMISSAL

Upon the parties' stipulation, this matter is dismissed with prejudice.

SO ORDERED.

Date: 3/8/2021

                                          JAMES R. SWEENEY II, JUDGE
                                          United States District Court
                                          Southern District of Indiana

Distribution to all parties of record via CM/ECF.